**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-8061**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES LOUIS JONES,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:04-cr-00249-LMB)

———————

Submitted: April 11, 2007                 Decided: May 8, 2007

———————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Louis Jones, Appellant Pro Se. Erik Russell Barnett, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Louis Jones appeals the district court's order denying his motion for modification of his sentence. On appeal, Jones abandons the claims raised below and asserts only grounds not presented to the district court. Claims raised initially on appeal are not entitled to appellate review. <u>Muth v. United States</u>, 1 F.3d 246, 250 (4th Cir. 1993). Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>